| AUSA: | John Turrettini | Telephone: | (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Joshua Loy | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Mamoudou Kaba

Case No. 26-30121

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 4, 2026__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua Loy, Special Agent-ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 5, 2026__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## Affidavit in Support of Criminal Complaint

1. I, Special Agent Joshua Loy, being first duly sworn, hereby state:

### Introduction

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3. I have been an ATF Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives since June 2018. I have a master's degree in criminal justice, and I am a graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator School and ATF's Special Agent Basic Training school.

4. I have participated in numerous investigations involving narcotics trafficking, firearms, robberies, assaults, homicides, and criminal street gangs. I have been the affiant on numerous federal search warrants and federal criminal complaints.

5. I am currently assigned to the ATF Detroit Field Division, Ann Arbor Field Office, which is responsible for conducting investigations related to the illegal use and/or possession of firearms, armed drug trafficking, and organized crime. This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter. Rather, I have set forth a summary of the investigation to date to establish that Mamoudou Kaba has violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

## Probable Cause

6. On February 10, 2026, members of the Washtenaw County Sheriff's Office (WCSO) responded to a call in the area of XXXX Aqua Lane, Ypsilanti, Michigan, for a report of a felonious assault involving a firearm. Upon arrival, WCSO Deputies spoke with Victim 1, whose identity is known to law enforcement, but withheld herein to protect her safety. Victim 1 told deputies that during an argument she had with an individual known to her as Mamoudou KABA (B/M, XX/XX/2001), he had threatened to kill her while displaying a gun to her.

7. On February 12, 2025, S/A Loy conducted a comprehensive criminal history (CCH) query in LEIN which revealed KABA has felony convictions for felony assault of a prison employee (2025); felony

assault, restricting or obstructing a police officer (separate convictions in 2023 and 2019); and carrying concealed weapons (2023). As a felon, KABA is prohibited from possessing firearms.

8. On February 26, 2026, I obtained a search warrant to search KABA's residence for firearms and electronic devices.

9. On March 4, 2026, I participated in a search of KABA's residence at XXXX Aqua Lane, Ypsilanti, Michigan. We discovered KABA, along with two (2) adult males and a juvenile, in the residence. Once the residence was secure, law enforcement found a Ruger-57 semi-automatic pistol in plain view on the residence's kitchen counter. It was located within 10 feet of the couch where KABA was believed to be sleeping as evidenced by his personal belongings being found next to that couch. Based on the firearm's proximity, accessibility, and location within the space occupied by KABA, there is probable cause to believe KABA had knowledge of and the ability to exercise dominion and control over the firearm.



***Gun Located on Kitchen Counter near Couch
Where KABA Was Believed to Sleep***

10. On March 4, 2026, I received verbal confirmation from ATF Special Agent Joshua McLean, an Interstate Nexus Firearms expert, that the Ruger 57 is a firearm as defined under 18 U.S.C. § 921. He also advised that the firearm was manufactured outside of the state of Michigan and therefore had traveled in and affected interstate commerce.

## Conclusion

11.     Based on this information, probable cause exists that KABA violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) within the Eastern District of Michigan.

Respectfully submitted,

_____
Joshua Loy
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Date: March 5, 2026